Andrew S. Moses, OSB No. 983009
amoses@gordon-polscer.com
GORDON & POLSCER, L.L.C.
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
Telephone: (503) 242-2922
Facsimile: (503) 242-1264

Attorneys for Defendant The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEN W. CARLSON,<br><br>            Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant, | Case No. 3:19-cv-00861-BR<br><br>**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S RULE 7.1 CORPORATE DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Prudential Insurance Company of America states as follows: The Prudential Insurance Company of America is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is

/ / /

/ / /

/ / /

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S  RULE 7.1 CORPORATE DISCLOSURE**                                                                                           Page 1

a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

DATED this 21st day of June, 2019.

Respectfully Submitted

*s/ Andrew S. Moses*_____
Andrew S. Moses, OSB No. 983009
amoses@gordon-polscer.com
GORDON & POLSCER, L.L.C.
(503) 242-2922

Attorneys for Defendant The Prudential Insurance Company of America